# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MEHRAN MAKARI SAHELI, | Case No. 25-cv-3724 (LMP/DTS) |
| Petitioner, | |
| v. | ORDER OF RECUSAL |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary of Homeland Security*; TODD LYONS, *Acting Director of U.S. Immigration & Customs Enforcement*; MARCOS CHARLES, *Acting Executive Associate Director for Enforcement and Removal Operations*; PETER BERG, *Field Office Director for Enforcement and Removal Operations*; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; JOEL BROTT, *Sherburne County Sheriff*, | |
| Respondents. | |

Pursuant to the provisions of 28 U.S.C. § 455, the undersigned hereby recuses in this matter.

Dated: September 22, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge