# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MEHRAN MAKARI SAHELI | Case No. 25-CV-3724 (NEB/DTS) |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, ET AL., | |
| Respondents. | |

The parties, having jointly filed a stipulation (ECF No. 9) to the immediate release of Petitioner Mehran Makari Saheli on an order of supervision with conditions pursuant to United States Immigration and Customs Enforcement (ICE) regulations, 8 C.F.R. § 241.5,

IT IS THEREFORE HEREBY ORDERED This habeas action is dismissed without prejudice and the matter is remanded to ICE for the immediate release of Petitioner from immigration detention pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. §241.5.

Dated: September 29, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge